# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAVIER RODRIGUEZ,

      Plaintiff,

v.                                                                                                 Civ. No. 17-390 JCH/GJF

UNITED STATES OF AMERICA,

      Defendant.

## ORDER EXTENDING PRETRIAL DEADLINES

THIS MATTER comes before the Court upon the parties' "Joint Motion to Extend Pretrial Deadlines" ("Motion"). ECF No. 24. Having considered the Motion and noting the concurrence of the parties, the Court finds the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the current case management deadlines in the instance cause are extended as follows:

1. The deadline for Plaintiff to submit his expert disclosures is extended to **May 3, 2018.**

2. The deadline for Defendant to submit its expert witness disclosures is extended to **June 14, 2018.**

3. The termination of discovery is extended to **July 16, 2018.**

4. The deadline for discovery motions is extended to **July 30, 2018.**

5. The deadline for pretrial motions is extended to **August 13, 2018.**

6. The deadline for Plaintiff to submit the pretrial order to Defendant is extended to **September 27, 2018.**

7. The deadline for Defendant to submit the final pretrial order to the Court is extended to **October 11, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE